Opinion filed December 6, 2007











 
 
  
 
 







 
 
  
 
 




Opinion filed December 6,
2007

 

 

 

 

 

 

                                                                        In The

 

  Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-05-00362-CV 

                                                     __________

 

                    JOHN
C. STUKES AND JOAN F. STUKES, Appellants

                                                             V.

                    MARVIN
BACHMEYER, INDIVIDUALLY AND D/B/A 

              MARVIN
BACHMEYER ROAD CONSTRUCTION CO., Appellee

 



 

                                          On
Appeal from the 26th District Court 

                                                      Williamson
County, Texas

                                               Trial
Court Cause No. 03-563-C26

 



 

                                           O
P I N I O N   O N   R E M I T T I T U R

Appellee,
Marvin Bachmeyer, Individually and d/b/a Marvin Bachmeyer Road Construction
Co., has filed with the clerk of this court a remittitur as suggested in our
original opinion dated August 16, 2007.  We modify the trial court=s judgment to reflect that
John C. Stukes and Joan F. Stukes recover judgment against Marvin Bachmeyer for
attorney=s fees in the
amount of $4,750.  Tex. R. App. P. 46.3.


As
modified, the judgment of the trial court is affirmed.  Tex. R. App. P. 43.2(b).

 

PER CURIAM 

December 6, 2007

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.